# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**274**
**KAH 09-02258**
PRESENT: CENTRA, J.P., CARNI, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
BERNARD PITTS, PETITIONER-APPELLANT,

V                                                                           ORDER

ROBERT A. KIRKPATRICK, SUPERINTENDENT, WENDE
CORRECTIONAL FACILITY, AND ATTORNEY GENERAL OF
NEW YORK STATE, RESPONDENTS-RESPONDENTS.

---

THOMAS E. ANDRUSCHAT, EAST AURORA, FOR PETITIONER-APPELLANT.

---

Appeal from a judgment (denominated order) of the Supreme Court, Erie County (M. William Boller, A.J.), entered July 8, 2009 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered:  March 16, 2012                          Frances E. Cafarell
                                                  Clerk of the Court